Opinion by Kincheloe, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the claim at 90 percent under paragraph 1529 (a) was sustained.

Before the Third Division, January 10, 1941

No. 45155.—Protests 37876–K, etc., of Santo Alioto & Sons et al. (New York).

Opinion by Keefe, J.   In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) it was held that an allowance of 2½ percent should have been made in the weight of the cheese to compensate for the inedible coverings.

No. 45156.—Protests 39153–K, etc., of Schroeder Bros. et al. (New York).

Opinion by Keefe, J.   In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) it was held that an allowance of 2½ percent should have been made in the weight of the cheese to compensate for the inedible coverings.

No. 45157.—Protests 39752–K, etc., of Chicago Macaroni Co. of New York et al. (New York).

Opinion by Keefe, J.   In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284 and T. D. 49302) it was held that an allowance of 2½ percent should have been made in the weight of the cheese to compensate for the inedible coverings.

No. 45158.—Protests 43779–K, etc., of Moosalina Products Corp. et al. (New York).

Opinion by Keefe, J.   In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302) it was held that an allowance of 2½ per cent should have been made in the weight of the cheese to compensate for the inedible coverings.

No. 45159.—Protests 45619–K, etc., of J. Ossola Co., Inc., et al. (New York).

Opinion by Keefe, J.   In accordance with stipulation of counsel and on the authority of *Locatell* v. *United States* (T. D. 49302) it was held that an allowance of 2½ percent should have been made in the weight of the cheese to compensate for the inedible coverings.

No. 45160.—Protests 42246–K, etc., of Capitol Wholesale Grocery Co., Inc., et al. (New York).

Opinion by Keefe, J.   In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) it was held that an allowance